Dismissed and Memorandum Opinion filed December 23, 2003









Dismissed and Memorandum Opinion filed December 23,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01309-CR

____________

 

KRISTIAN MASSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
351st District Court

Harris County, Texas

Trial Court Cause No. 953,744

 



 

M E M O R A N D U M  
O P I N I O N

Appellant, Kristian Masson, a/k/a
Glen C. Shewmake, entered a guilty plea to fraudulent
use or possession of identifying information. 
In accordance with the terms of a plea bargain agreement with the State,
on October 23, 2003, the trial court sentenced appellant to confinement for two
years in the Institutional Division of the Texas Department of Criminal
Justice.  Appellant filed a pro se notice
of appeal.  Because appellant has no
right to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 23, 2003.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).